Darryl L. Thompson, Esq.
880 N Street, Suite 101
Anchorage, Alaska 99501
907-272-9322

IN THE UNITIED STATE DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| PETER JOSEPH HICKEL Jr., | ) ) |
| Defendant. | ) ) |
| | ) Case No. 3-23-mj-00426-KFR |

### **ENTRY OF APPEARANCE**

COMES NOW, the THOMPSON LAW GROUP and enters its appearance as attorneys of record for PETER JOSEPH HICKEL Jr., Defendant in the above-entitled case, and requests that copies of all future paperwork and communication be directed and served upon the Defendant by serving them ed to this office at 880 N Street, Suite 101, Anchorage, Alaska 99501.

DATED this 26th day of July, 2023 in Anchorage, Alaska.

/s/ Darryl L. Thompson
DARRYL L. THOMPSON, ESQ.
ABA NO: 8706055

**Certificate of Service**
I certify that on the 26 day of July, 2023,
I served a true and accurate copy of this
document was served electronically on
U.S. Attorney's Office
222 W.7th Avenue, Suite 253
Anchorage, Alaska 99513

/s/ R. Hall
*Richard N.Hall*